IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., as assignee and subrogee of Church & Dwight, Inc., | No. 4:23-CV-00792 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KABA & SONS LLC, | |
| Defendant. | |

## ORDER

### OCTOBER 19, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Schneider National Carriers, Inc.'s motion for default judgment (Doc. 7) is **GRANTED**.

2. Default judgment is entered against Defendant Kaba & Sons LLC.

3. Kaba & Sons LLC shall pay damages in the amount of $99,434.29.

4. Plaintiff's Schneider National Carriers, Inc.'s request for court costs and post-judgment interest is **DENIED** without prejudice.

5. Plaintiff shall have fourteen (14) days from the date of this Order to file supplemental briefing as to why it should be entitled to these remedies.

6.  If Plaintiff does not file supplemental briefing within fourteen days, its request will be denied and Clerk of Court will be ordered to close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge